**PROGRAM AND CONSTRUCTION MANAGEMENT GROUP INC.**
Appellant,

v.

**Thurman M. DAVIS, Sr., Administrator General Services Administration,**
Appellee.

No. 00–1386.

United States Court of Appeals, Federal Circuit.

April 5, 2001.

Before BRYSON, GAJARSA, and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36

**John JAY, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 00–3236.

United States Court of Appeals, Federal Circuit.

April 5, 2001.

Before BRYSON, GAJARSA, and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36